ROSINA UHL, as Executrix of MICHAEL UHL, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Uhl* v. *International Railway Co.*, 162 App. Div. 929, affirmed. (Submitted January 14, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 27, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Dana L. Spring* for appellant.

*Fred D. Russell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.